**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

KELVIN FRAZIER

    VS                                              CASE NO.  3:08cv398-LAC/MD

WALTER A MCNEIL, et al.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on December 11, 2008
Motion/Pleadings: OBJECTION TO MAGISTRATE JUDGE'S ORDER DENYING APPOINTMENT OF COUNSEL
Filed by PLAINTIFF  on 12/10/08  Doc.# 23
RESPONSES:

        on        Doc.#
        on        Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*/s/Donna Bajzik*
LC (1 OR 2)              Deputy Clerk: Donna Bajzik

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of December, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Plaintiff's pleading (doc 23) is taken as a motion to appoint counsel; the same motion that was presented to the Magistrate Judge (doc 19) and was denied (doc 21).  A district court is not required to appoint counsel unless the case presents "exceptional circumstances."  Branch v Cole, 686 F.2d 264, 266 (5th Cir. 1982).  This Court agrees with the Magistrate's conclusion that "exceptional circumstances" are not present in this case.*

                                            *s/L.A. Collier*
                                            ***LACEY A. COLLIER***
                          *Senior United States District Judge*