IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KELVIN FRAZIER,**
      **Plaintiff,**

vs.                                            **Case No.: 3:08cv398/LC/MD**

**WALTER A. MCNEIL, et al.,**
      **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. On December 30, 2008 plaintiff filed a notice of voluntary dismissal of this civil rights action (doc. 32). Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice, and the clerk be directed to close the file.

At Pensacola, Florida, this 5th day of January, 2009.

/s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**