IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KELVIN FRAZIER,**
            **Plaintiff,**

vs.                                                   Case No. 3:08cv398/LC/MD

**WALTER A. MCNEIL, et al.,**
            **Defendants.**

_____

# O R D E R

This cause is before the court upon plaintiff's motion for leave to appeal *in forma pauperis* (doc. 36).  Plaintiff is appealing this court's denial of his motion for appointment of counsel (doc. 24).

Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P. 24(a), this court hereby certifies that this appeal is NOT taken in good faith and plaintiff is NOT entitled to proceed *in forma pauperis* on appeal.  The order which plaintiff purports to appeal is not final and appealable.

Accordingly, it is ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* on appeal (doc. 36) is DENIED, and he is directed to pay the full appellate filing fee of $455.00 within thirty (30) days from the date of this order.

DONE AND ORDERED this 22nd day of January, 2009.

                                                      *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**